IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br>          Plaintiff, <br><br> v. <br><br> **TERRY DEANDRE SIMMS**, <br>   [DOB: 05/27/1980] <br><br>          Defendant. | No. 2:20-cr-04031-SRB-01 <br><br> 18 U.S.C. § 922(g)(1) <br> NMT 10 Years Imprisonment <br> NMT $250,000 Fine <br> NMT 3 Years Supervised Release <br> Class C Felony <br><br> $100 Special Assessment |

## I N D I C T M E N T

**THE GRAND JURY CHARGES THAT:**

(Felon in Possession of a Firearm)
18 U.S.C. § 922(g)(1)

On or about December 4, 2019, within Cole County, in the Western District of Missouri, the defendant, **TERRY DEANDRE SIMMS**, knowing he had previously been convicted of a crime punishable for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm, that is, a Smith & Wesson, Model SD9VE, 9mm handgun, serial number FYP6091; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**A TRUE BILL.**

*/S/ Eugene O'Loughlin*
**FOREPERSON OF THE GRAND JURY**


*/S/ Jim Lynn*
**JIM LYNN**
Assistant United States Attorney
Missouri Bar No. 32140


Dated:  06/24/2020